**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  Brandy Silman v. U.S. Bank, N.A.

Appellate case number: 01-15-00364-CV

Trial court case number: 29,587

Trial court:     335th District Court of Bastrop County

On March 24, 2015, appellant, Brandy Silman, proceeding *pro se*, filed an affidavit of indigence in the trial court with her notice of appeal in the above-referenced trial court proceeding. *See* TEX. R. APP. P. 20.1(a)(2). On April 13, 2015, the court reporter filed an information statement that there was no reporter's record taken.[1] On April 22, 2015, the clerk's record was filed, including the appellant's affidavit of indigence, but there was no indication whether there was a contest to the affidavit filed.

On June 26, 2015, the Clerk of this Court requested an indigent clerk's record be filed by the trial clerk. *See* TEX. R. APP. P. at 20.1(c)(1), (d)(1), (e)(1). On July 2, 2015, the trial clerk filed a cover letter, dated June 29, 2015, in this Court stating that no contest to the affidavit of indigence was timely filed in the trial court. *See id.* at 20.1(e)(1).

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. at 20.1(f). The Clerk of this Court is **ORDERED** to deem the appellant indigent and to order that she is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's record fees.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
       ⊠ Acting individually

Date: July 28, 2015

---

[1] Pursuant to the Texas Supreme Court's docket equalization powers, this appeal was transferred from the Third Court of Appeals to this Court on April 21, 2015. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2014); Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 15-9054, ¶ II (Tex. Mar. 24, 2015).